UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WOODWARD HARBOR L.L.C., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5824** |
| **CITY OF MANDEVILLE, ET AL.** | **SECTION "O"** |

## ORDER TO SHOW CAUSE

**IT IS ORDERED** that on or before **Thursday, February 12, 2026,** Michael R. C. Riess, Johanna Elizabeth Lambert, John R. Walker, and Thomas H. Huval, counsel for Plaintiffs, shall file into the record a formal explanation of the presence of hallucinated case citations, incorrect quotations, and false summaries of cases and legal rules in their opposition[1] to Defendant City of Mandeville's motion to dismiss, as discussed in the Court's Order[2] granting Defendant's motion to dismiss.

**IT IS FURTHER ORDERED** that Michael R.C. Riess, Johanna Elizabeth Lambert, John R. Walker, and Thomas H. Huval shall appear on **Tuesday, February 24, 2026 at 10:00 a.m.** before Judge Brandon S. Long, 500 Poydras Street, Hale Boggs Building, Courtroom C311, New Orleans, Louisiana, to **SHOW CAUSE** as to why counsel for the parties should not be sanctioned for failure to comply with Federal Rule of Civil Procedure 11(b)(2) by signing and filing a written motion without verifying the accuracy of the citations contained in the motion.

---

[1] ECF No. 97.
[2] ECF No. 101.

New Orleans, Louisiana, this 5th day of February, 2026.

                                                _____
                                                BRANDON S. LONG
                                                UNITED STATES DISTRICT JUDGE