MINUTE ENTRY
LONG, J.
February 24, 2026
JS10: 00:57

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WOODWARD HARBOR LLC ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5824** |
| **CITY OF MANDEVILLE, ET AL.** | **SECTION "O"** |

### SHOW CAUSE HEARING

Courtroom Deputy: Jeff Scalco
Court Reporter: Karen Ibos

APPEARANCES:   John R. Walker, Counsel for John R. Walker
Thomas Huval, Counsel for Thomas Huval
Michael R.C. Riess, Johanna Elizabeth Lambert, and Steven Griffith, Counsel for Michael R.C. Riess and Johanna Elizabeth Lambert

Case called; all present and ready.
Exhibit 1, offered, admitted.
IT IS ORDERED, John R. Walker, in his personal capacity, is sanctioned in this matter.
Court adjourned.