# Jones Fussell, LLP

## Artificial Intelligence Use Policy

Adopted: FEBRUARY 18, 2026

### 1. Purpose

This Policy governs the use of generative artificial intelligence ("AI") tools (including ChatGPT and similar systems) in connection with Firm business and client matters. Attorneys remain fully responsible for all work product.

### 2. Core Rule

AI is a drafting aid only.
AI output may not be relied upon without independent verification.

### 3. Mandatory Verification Requirements

Before any AI-assisted document is sent to a client, opposing counsel, or filed with a court, the responsible attorney must:

- Independently locate every cited case, statute, or authority in a recognized legal research database (e.g., Westlaw, Lexis, Bloomberg).
- Confirm the citation is accurate and exists.
- Verify all quotations are verbatim.
- Confirm the authority is good law.
- Ensure the authority actually supports the proposition cited.

### 4. Confidentiality Restrictions

Absent express Firm approval, attorneys and staff may not input into public AI systems:

- Client names
- Confidential facts
- Privileged communications
- Litigation strategy
- Personally identifiable information

Attorneys must protect client confidentiality at all times.

## 5. Responsibility and Supervision

- The signing attorney is personally responsible for all content filed or transmitted.
- Use of AI does not delegate or reduce duties of competence, diligence, or candor to the tribunal.
- AI shall not replace legal judgment.

## 6. Court Compliance

Attorneys shall comply with any court rules or disclosure requirements regarding AI use.

## 7. Violations

Failure to comply with this Policy may result in internal discipline and other appropriate action.

_____
Jeffrey D. Schoen
Managing Partner