UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WOODWARD HARBOR L.L.C., ET AL.                    CIVIL ACTION

VERSUS                                            NO. 23-5824

CITY OF MANDEVILLE, ET AL.                        SECTION "O"

## ORDER

The Court, after considering the pending motions for attorneys' fees and all related briefing, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that Defendants' motions[1] for attorneys' fees are **DENIED** without prejudice to renewal within 14 days after the Fifth Circuit's judgment is issued as mandate.

New Orleans, Louisiana, this 24th day of June, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF Nos. 107, 108.